| | |
|---|---|
| 1 | JONATHAN V. GOULD (DC Bar No. 477569)<br>Senior Deputy Comptroller and Chief Counsel |
| 2 | BAO NGUYEN (NC Bar No. 39946)<br>Principal Deputy Chief Counsel |
| 3 | GREGORY F. TAYLOR (DC Bar No. 4170976)<br>Director of Litigation |
| 4 | PETER C. KOCH (IL Bar No. 6225347)<br>Assistant Director of Litigation |
| 5 | GABRIEL A. HINDIN (NY Bar No. 495785)<br>Counsel |
| 6 | MARSHA STELSON EDNEY (DC Bar No. 414271)<br>Counsel |
| 7 | MICHAEL K. MORELLI (MA Bar No. 696214)<br>Attorney |
| 8 | JUAN PABLO PEREZ-SANGIMINO (DC Bar No. 1617262)<br>Attorney |

Office of the Comptroller of the Currency
400 7th Street, SW
Washington, D.C. 20219
Telephone: (202) 649-6300
marsha.edney@@occ.treas.gov

*Attorneys for the Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE OFFICE OF THE COMPTROLLER OF THE CURRENCY, and BRIAN P. BROOKS, in his official capacity as Acting Comptroller of the Currency,<br><br>    Defendants. | Case No. 4:20-cv-05200-JSW<br><br>**JOINT STIPULATION REGARDING EXTENSION OF TIME TO ANSWER AND ~~PROPOSED~~ BRIEFING SCHEDULE** AS MODIFIED HEREIN AND DIRECTING PARTIES TO ADVISE THE COURT WHETHER A CASE MANAGEMENT CONFERENCE IS NECESSARY |

IT IS HEREBY STIPULATED, pursuant to Civil L.R. 6-1(a), by and between the parties hereto, through their undersigned counsel, as follows:

1

JOINT STIPULATION
Case No. 4:20-cv-05200

1. that Defendants' time to Answer the Complaint is extended to November 12, 2020;

2. that Defendants' will file the certified Administrative Record on November 12, 2020;

3. that the parties agree on the following briefing schedule for Cross-Motions for Summary Judgment:

    a. Plaintiffs will file their motion for summary judgment on December 10, 2020;
    b. Defendants will file a combined opposition to Plaintiffs' motion and a cross-motion for summary judgment on January 14, 2021;
    c. Plaintiffs will file a combined reply in support of their motion for summary judgment and an opposition to Defendants cross-motion on February 11, 2021; and
    d. Defendants will file a reply in support of their motion for summary judgment on February 25, 2021;

4. And that in accordance with Defendants' understanding of this Court's standing order, the page limitation for all briefs listed above shall not exceed 25 pages.

This stipulation will not alter the date of any event or any deadline already fixed by Court order.

**IT IS SO STIPULATED**

Dated: October 5, 2020        Respectfully submitted,

./s/ *Marsha Stelson Edney*
JONATHAN V. GOULD (DC Bar No. 477569)
Senior Deputy Comptroller and Chief Counsel
BAO NGUYEN (NC Bar No. 39946)
Principal Deputy Chief Counsel
GREGORY F. TAYLOR (DC Bar No. 4170976)
Director of Litigation
PETER C. KOCH (IL Bar No. 6225347)
Assistant Director of Litigation
GABRIEL A. HINDIN (NY Bar No. 495785)
Counsel
MARSHA STELSON EDNEY (DC Bar No. 414271)
Counsel
MICHAEL K. MORELLI (MA Bar No. 696214)
Attorney
JUAN PABLO PEREZ-SANGIMINO (DC Bar No. 1617262)
Attorney

Attorneys for Defendants

XAVIER BECERRA
Attorney General of California
NICKLAS A. AKERS
Senior Assistant Attorney General


   */s/ Tina Charoenpong*
TINA CHAROENPONG (SBN 242024)
Deputy Attorney General

*Attorneys for Plaintiff*
*the People of the State of California*

**IT IS SO ORDERED:** Plaintiff shall notice the cross-motions to be heard on March 19, 2021 at 9:00 a.m. By October 16, 2020, the parties shall file a notice as to whether a case management conference is necessary in light of this stipulation.

HONORABLE JEFFREY S. WHITE
United States District Judge

October 5, 2020

*[Signature: Jeffrey S. White]*

JOINT STIPULATION
Case No. 4:20-cv-05200

3