JONATHAN V. GOULD (DC Bar No. 477569)
Senior Deputy Comptroller and Chief Counsel
BAO NGUYEN (NC Bar No. 39946)
Principal Deputy Chief Counsel
GREGORY F. TAYLOR (DC Bar No. 417096)
Director of Litigation
PETER C. KOCH (IL Bar No. 6225347)
Assistant Director of Litigation
GABRIEL A. HINDIN (NY Bar No. 4957585)
Counsel
MARSHA STELSON EDNEY (DC Bar No. 414271)
Counsel
MICHAEL K. MORELLI (MA Bar No. 696214)
Attorney
JUAN PABLO PEREZ-SANGIMINO (DC Bar No. 1617262)
Attorney

Office of the Comptroller of the Currency
400 7th Street, SW
Washington, D.C. 20219
Telephone: (202) 649-6300
Fax: (202) 649-6315
Gabriel.hindin@occ.treas.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF THE COMPTROLLER OF THE CURRENCY and BRIAN BROOKS, in his official capacity as Acting Comptroller of the Currency,<br><br>Defendants. | CASE NO. 4:20-cv-05200-JSW<br><br>**NOTICE OF FILING OF ADIMISTRATIVE RECORD** |

NOTICE OF FILING OF ADMINSTRATIVE RECORD –
CASE NO. 4:20-cv-05200-JSW

1

Defendants, the Office of the Comptroller of the Currency and Brian P. Brooks, in his official capacity as Acting Comptroller of the Currency, hereby give notice of the filing of the certified Administrative Record (Bates numbers OCC-AR-0000001 – OCC-AR-00001276) for the rulemaking challenged in the above-referenced case.  A certification by Mary Gottlieb and an Index to the Administrative Record is below.

Dated: November 12, 2020            Respectfully submitted,

                                    /s/ *Gabriel A. Hindin*
JONATHAN V. GOULD (DC Bar No. 477569)
Senior Deputy Comptroller and Chief Counsel
BAO NGUYEN (NC Bar No. 39946)
Principal Deputy Chief Counsel
GREGORY F. TAYLOR (DC Bar No. 4170976)
Director of Litigation
PETER C. KOCH (IL Bar No. 6225347)
Assistant Director of Litigation
GABRIEL A. HINDIN (NY Bar No. 495785)
Counsel
MARSHA STELSON EDNEY (DC Bar No. 414271)
Counsel
MICHAEL K. MORELLI (MA Bar No. 696214)
Attorney
JUAN PABLO PEREZ-SANGIMINO (DC Bar No. 1617262)
Attorney

Office of the Comptroller of the Currency
400 7th Street, SW
Washington, D.C. 20219
Telephone: (202) 649-6300
Fax: (202) 649-6315

*Attorneys for Defendants*

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Mary Gottlieb, Regulatory Specialist, certify that, to the best of my knowledge, the documents described in the accompanying Index to the Administrative Record and filed as Exhibits to this Notice are true, correct, and complete copies of the non-privileged documents that were directly or indirectly considered in connection the final rule: *Permissible Interest on Loans That Are Sold, Assigned, or Otherwise Transferred*, 85 Fed. Reg. 33,530 (June 2, 2020) (to be codified at 12 C.F.R. §§ 7.40001(e) and 160.110(d)).  Executed this 12th day of November 2020.

_____
Mary Gottlieb
Regulatory Specialist
Office of the Comptroller of the Currency

Index to Administrative Record

| Begin Bates | End Bates | Date | Description | Administrative Record Part |
|---|---|---|---|---|
| **Background Documents** | | | | |
| OCC-AR-00000001 | OCC-AR-00000006 | 7/30/2019 | Letter from Senate Committee On Banking, Housing and Urban Affairs to Comptroller Otting and Chair, FDIC | Part 1 |
| OCC-AR-00000007 | OCC-AR-00000040 | 9/10/2019 | Amicus Brief of FDIC and OCC in *Rent-Rite Super Kegs West v. World Business Lenders, LLC*, 19-cv-01552 (D. Colo.) | Part 1 |
| OCC-AR-00000041 | OCC-AR-00000043 | 9/19/2019 | Letter to Comptroller Otting from several members of Congress | Part 1 |
| OCC-AR-00000044 | OCC-AR-00000068 | 10/9/2019 | Letters from Comptroller Otting responding to the September 19, 2019 letters from several members of Congress | Part 1 |
| OCC-AR-00000069 | OCC-AR-00000073 | 11/21/2019 | Letter from Senate Committee on Banking, Housing and Urban Affairs to Comptroller Otting and Chair, FDIC regarding proposed rule | Part 1 |
| OCC-AR-00000074 | OCC-AR-00000085 | 12/19/2019 | Letter from Comptroller Otting responding to November 21, 2019 Letter from Senate Committee on Banking, Housing and Urban Affairs | Part 1 |
| **Notice of Proposed Rulemaking** | | | | |
| OCC-AR-00000086 | OCC-AR-00000089 | 11/21/2019 | Federal Register Notice of Proposed Rulemaking | Part 1 |
| **Analysis Documents** | | | | |
| OCC-AR-00000090 | OCC-AR-00000093 | 2/12/2020 | Summary of Public Comments on Proposed Rule | Part 1 |
| OCC-AR-00000094 | OCC-AR-00000101 | 2/12/2020 | Chart re: Public Comments on Proposed Rule | Part 1 |
| OCC-AR-00000102 | OCC-AR-00000104 | 4/21/2020 | Request for Economic Analysis of the proposed Final Rule | Part 1 |
| OCC-AR-00000105 | OCC-AR-00000108 | 5/4/2020 | Memorandum providing requested Economic Analysis | Part 1 |

| Begin Bates | End Bates | Date | Description | Administrative Record Part |
|---|---|---|---|---|
| OCC-AR-00000109 | OCC-AR-00000111 | 5/11/2020 | Memorandum from Bank Supervision and Policy evaluating proposed final rule | Part 1 |
| **Public Comments** | | | | |
| OCC-AR-00000112 | OCC-AR-00000112 | 11/21/2019 | Taylor Bone | Part 1 |
| OCC-AR-00000113 | OCC-AR-00000113 | 11/21/2019 | Mendy West | Part 1 |
| OCC-AR-00000114 | OCC-AR-00000114 | 11/26/2019 | Zachary Scott | Part 1 |
| OCC-AR-00000115 | OCC-AR-00000117 | 12/30/2019 | Consumer Action | Part 1 |
| OCC-AR-00000118 | OCC-AR-00000119 | 12/18/2019 | Meeting with the U.S. Chamber of Commerce, American Express, PNC, Lendmark, Capital One, and Square | Part 1 |
| OCC-AR-00000120 | OCC-AR-00000201 | 1/8/2020 | Adam J. Levitin | Part 1 |
| OCC-AR-00000202 | OCC-AR-00000203 | 1/6/2020 | East Bay Community Law Center | Part 1 |
| OCC-AR-00000204 | OCC-AR-00000205 | 1/8/2020 | SaraEllen Hutchison | Part 1 |
| OCC-AR-00000206 | OCC-AR-00000207 | 1/9/2020 | Independent Bankers Association of Texas | Part 1 |
| OCC-AR-00000208 | OCC-AR-00000209 | 1/10/2020 | Donovan Litigation Group, LLC | Part 1 |
| OCC-AR-00000210 | OCC-AR-00000250 | 1/14/2020 | Colleen Honigsberg | Part 1 |
| OCC-AR-00000251 | OCC-AR-00000251 | 1/15/2020 | Stephanie Carr | Part 1 |
| OCC-AR-00000252 | OCC-AR-00000253 | 1/14/2020 | Bernard E. Brown | Part 1 |
| OCC-AR-00000254 | OCC-AR-00000256 | 1/22/2020 | Housing and Economic Rights Advocates | Part 1 |

| Begin Bates | End Bates | Date | Description | Administrative Record Part |
|---|---|---|---|---|
| OCC-AR-00000257 | OCC-AR-00000264 | 1/22/2020 | Consumer Bankers Association, Utah Bankers Association, National Association of Industrial Bankers | Part 1 |
| OCC-AR-00000265 | OCC-AR-00000268 | 1/22/2020 | Mortgage Bankers Association | Part 1 |
| OCC-AR-00000269 | OCC-AR-00000272 | 1/22/2020 | WebBank | Part 1 |
| OCC-AR-00000273 | OCC-AR-00000276 | 1/22/2020 | Community Bankers Association of Illinois | Part 1 |
| OCC-AR-00000277 | OCC-AR-00000281 | 1/22/2020 | Opportunity Finance, LLC | Part 1 |
| OCC-AR-00000282 | OCC-AR-00000284 | 1/22/2020 | New York City Department of Consumer and Worker Protection | Part 1 |
| OCC-AR-00000285 | OCC-AR-00000294 | 1/22/2020 | U.S. Chamber of Commerce, Center for Capital Markets Competitiveness | Part 1 |
| OCC-AR-00000295 | OCC-AR-00000296 | 1/22/2020 | Virginia Bankers Association | Part 1 |
| OCC-AR-00000297 | OCC-AR-00000307 | 1/22/2020 | Conference of State Bank Supervisors | Part 1 |
| OCC-AR-00000308 | OCC-AR-00000315 | 1/22/2020 | Better Markets | Part 1 |
| OCC-AR-00000316 | OCC-AR-00000319 | 1/22/2020 | AARP | Part 1 |
| OCC-AR-00000320 | OCC-AR-00000328 | 1/22/2020 | American Bankers Association | Part 1 |
| OCC-AR-00000329 | OCC-AR-00000332 | 1/22/2020 | Hope Enterprise Corporation / Hope Credit Union | Part 1 |
| OCC-AR-00000333 | OCC-AR-00000352 | 1/22/2020 | Hawaii Consumer Protection and Office of Attorney General California, Illinois, New York, et al. | Part 1 |
| OCC-AR-00000353 | OCC-AR-00000452 | 1/22/2020 | Center for Responsible Lending, National Consumer Law Center, Americans for Financial Reform Education Fund, et al. | Part 1 |

| Begin Bates | End Bates | Date | Description | Administrative Record Part |
|---|---|---|---|---|
| OCC-AR-00000453 | OCC-AR-00000463 | 1/22/2020 | Consumer Reports | Part 1 |
| OCC-AR-00000464 | OCC-AR-00000480 | 1/22/2020 | LendingClub | Part 1 |
| OCC-AR-00000481 | OCC-AR-00000485 | 1/22/2020 | Electronic Transactions Association | Part 1 |
| OCC-AR-00000486 | OCC-AR-00000491 | 1/22/2020 | Alabama Appleseed Center for Law & Justice, et al. | Part 1 |
| OCC-AR-00000492 | OCC-AR-00000498 | 1/22/2020 | David Berman | Part 1 |
| OCC-AR-00000499 | OCC-AR-00000503 | 1/22/2020 | Marlette Funding, LLC | Part 1 |
| OCC-AR-00000504 | OCC-AR-00000515 | 1/22/2020 | Structured Finance Association & Bank Policy Institute | Part 2 |
| OCC-AR-00000516 | OCC-AR-00000530 | 1/22/2020 | Marketplace Lending Association | Part 2 |
| OCC-AR-00000531 | OCC-AR-00000535 | 1/22/2020 | American Financial Services Association | Part 2 |
| OCC-AR-00000536 | OCC-AR-00000538 | 1/22/2020 | Robert E. Rutkowski | Part 2 |
| OCC-AR-00000539 | OCC-AR-00000543 | 1/22/2020 | National Association of Consumer Credit Administrators | Part 2 |
| OCC-AR-00000544 | OCC-AR-00000547 | 1/22/2020 | Treasury Department Commonwealth of Pennsylvania | Part 2 |
| OCC-AR-00000548 | OCC-AR-00000554 | 1/22/2020 | The Mercatus Center at George Mason University | Part 2 |
| OCC-AR-00000555 | OCC-AR-00000560 | 1/22/2020 | Reinvestment Partners | Part 2 |
| OCC-AR-00000561 | OCC-AR-00000572 | 1/22/2020 | Milken Institute Center for Financial Markets | Part 2 |
| OCC-AR-00000573 | OCC-AR-00000589 | 1/22/2020 | Arthur E. Wilmarth, Jr. | Part 2 |

| Begin Bates | End Bates | Date | Description | Administrative Record Part |
|---|---|---|---|---|
| OCC-AR-00000590 | OCC-AR-00000597 | 1/23/2020 | Online Lenders Alliance | Part 2 |
| OCC-AR-00000598 | OCC-AR-00000603 | 1/23/2020 | Davis Polk &Wardwell LLP | Part 2 |
| OCC-AR-00000604 | OCC-AR-00000609 | 1/21/2020 | Affirm, Inc. | Part 2 |
| OCC-AR-00000610 | OCC-AR-00000612 | 1/20/2020 | Receivables Management Association International | Part 2 |
| OCC-AR-00000613 | OCC-AR-00000617 | 1/20/2020 | Social Justice and Peacemaking Ministry Unit of College Hill Community Presbyterian Church | Part 2 |
| OCC-AR-00000618 | OCC-AR-00000621 | 1/21/2020 | Financial Innovation Now | Part 2 |
| OCC-AR-00000622 | OCC-AR-00000623 | 1/21/2020 | Montana Organizing Project | Part 2 |
| OCC-AR-00000624 | OCC-AR-00000626 | 1/21/2020 | North Dakota Economic Security and Prosperity Alliance | Part 2 |
| OCC-AR-00000627 | OCC-AR-00000631 | 1/22/2020 | New York State Department of Financial Services | Part 2 |
| OCC-AR-00000632 | OCC-AR-00000633 | 1/21/2020 | Texas Appleseed | Part 2 |
| OCC-AR-00000634 | OCC-AR-00000636 | 1/20/2020 | Innovative Lending Platform Association | Part 2 |
| OCC-AR-00000637 | OCC-AR-00000638 | 1/21/2020 | Project GREEN | Part 2 |
| OCC-AR-00000639 | OCC-AR-00000701 | 1/24/2020 | Dr. Piotr Danisewicz and Dr. Iaf Elard | Part 2 |
| OCC-AR-00000702 | OCC-AR-00000702 | 1/24/2020 | Michigan Consumer Law Section | Part 2 |
| OCC-AR-00000703 | OCC-AR-00000705 | 1/28/2020 | Robert Rutkowski | Part 2 |
| OCC-AR-00000706 | OCC-AR-00000709 | 1/29/2020 | Habitat for Humanity of North Carolina, et al | Part 2 |

| Begin Bates | End Bates | Date | Description | Administrative Record Part |
|---|---|---|---|---|
| OCC-AR-00000710 | OCC-AR-00000712 | 1/30/2020 | Independent Community Bankers of America | Part 2 |
| OCC-AR-00000713 | OCC-AR-00000811 | 1/21/2020 | Center for Responsible Lending, National Consumer Law Center, Americans for Financial Reform Education Fund, et al. | Part 2 |
| OCC-AR-00000812 | OCC-AR-00000813 | 3/25/2020 | Meeting with the Bank Policy Institute and the Structured Finance Association | Part 2 |
| **Final Rule and Related Documents** | | | | |
| OCC-AR-00000814 | OCC-AR-00000815 | 5/6/2020 | Email from OMB to Agency with its final determination that the proposed Final Rule is not a major rule for CRA purposes | Part 3 |
| OCC-AR-00000816 | OCC-AR-00000817 | 5/13/2020 | Summary Memorandum to Executive Committee Reviewers re: Draft Final Rule | Part 3 |
| OCC-AR-00000818 | OCC-AR-00000841 | 5/27/2020 | Final Rule provided to Comptroller for approval | Part 3 |
| OCC-AR-00000842 | OCC-AR-00000848 | 6/2/2020 | Federal Register notice of Final Rule | Part 3 |
| OCC-AR-00000849 | OCC-AR-00000863 | 6/2/2020 | Letter sent to House, Senate and GAO with copies of documents relating to issuance of the Final Rule | Part 3 |
| **Documents Cited in the Notice of Proposed Rulemaking or Final Rule** | | | | |
| OCC-AR-00000864 | OCC-AR-00000897 | 9/30/1996 | Federal Register notice of OTS 1996 Rule (cited in footnote 42 of FR and footnote 11 of NPR) | Part 3 |
| OCC-AR-00000898 | OCC-AR-00000975 | 6/1/2012 | Comptroller's Handbook, Safety and Soundness, Liquidy (cited in footnote 38 of FR) | Part 3 |
| OCC-AR-00000976 | OCC-AR-00000980 | 5/18/1998 | Federal Register notice of FDIC General Counsel's Opinion No. 11 (cited in footnote 49 of FR and footnote 24 of NPR) | Part 3 |
| OCC-AR-00000981 | OCC-AR-00000984 | 11/22/1995 | 1995 OTS Buck Letter (cited in footnote 5 of NPR) | Part 3 |

INDEX TO ADMINISTRATIVE RECORD
Case No. 4:20-cv-05200

6

| Begin Bates | End Bates | Date | Description | Administrative Record Part |
|---|---|---|---|---|
| OCC-AR-00000985 | OCC-AR-00000999 | 2/17/1998 | OCC Intepretative Letter #822 (cited in footnote 10 of NPR) | Part 3 |
| OCC-AR-00001000 | OCC-AR-00001005 | 5/5/1864 | Copy of legislative history from 38th Cong. Globe at 2123-2127 (1864) (cited in footnote 13 of NPR) | Part 3 |
| OCC-AR-00001006 | OCC-AR-00001021 | undated | 29 Williston on Contracts 74:10 (cited in footnotes 10 and 30 in FR) | Part 3 |
| OCC-AR-00001022 | OCC-AR-00001070 | undated | Restatment (Second) of Contracts, section 317 (cited in footnote 9 in FR) | Part 3 |
| OCC-AR-00001071 | OCC-AR-00001079 | 12/24/1992 | 1992 OTS Weinstein Letter (cited in footnote 11 of NPR) | Part 3 |
| OCC-AR-00001080 | OCC-AR-00001124 | 10/15/1979 | S. Rep. No. 96-368 (1979)(cited in footnote 9 of FR) | Part 3 |
| OCC-AR-00001125 | OCC-AR-00001127 | undated | 29 Williston on Contracts 74:23 (cited in footnote 11 of FR) | Part 3 |
| OCC-AR-00001128 | OCC-AR-00001138 | 8/4/2014 | OCC Bulletin 2014-37, Consumer Debt Sales: Risk Management Guidance (cited in footnote 58 of FR) | Part 3 |
| OCC-AR-00001139 | OCC-AR-00001158 | 3/5/2020 | OCC Bulletin 2020-10, Third-Party Relationships: Frequently Asked Questions to Supplement OCC Bulletin 2013-29 (cited in footnote 58 of FR) | Part 3 |
| OCC-AR-00001159 | OCC-AR-00001189 | 10/30/2013 | OCC Bulletin 2013-29, Third-Party Relationships: Risk Management Guidance (cited in footnote 58 of FR) | Part 3 |
| OCC-AR-00001190 | OCC-AR-00001198 | 12/6/2019 | Federal Register notice of FDIC Proposed Rule (cited in footnote 59 of FR) | Part 3 |
| | | | **Other Documents** | |
| OCC-AR-00001199 | OCC-AR-00001223 | 12/4/2019 | Statement of Joseph M. Otting, Comptroller of the Currency, before the House Committee on Financial Services | Part 3 |

| Begin Bates | End Bates | Date | Description | Administrative Record Part |
|---|---|---|---|---|
| OCC-AR-00001224 | OCC-AR-00001256 | 1/29/2020 | Statement of Joseph M. Otting, Comptroller of the Currency, before the House Committee on Financial Services | Part 3 |
| OCC-AR-00001257 | OCC-AR-00001276 | 5/12/2020 | Statement of Joseph M. Otting, Comptroller of the Currency, before the Senate Committee on Banking, Housing and Urban Affairs | Part 3 |