ROBYN SMITH (SBN 165446)
Of Counsel
National Consumer Law Center
7 Winthrop Square, #4
Boston, MA 02110
Phone: (213) 840-6264
Fax: (617) 542-8028
Email: rsmith@nclc.org

Attorney for Center for Responsible Lending, National Consumer Law Center, East Bay Community Law Center, National Association for Community Asset Builders, and National Coalition for Asian Pacific American Community Development
[See signature page for the complete list of
parties represented. Civ. L.R. 3-4(a)(1).]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA** *ex rel.* Xavier Becerra, Attorney General of California,<br><br>**PEOPLE OF THE STATE OF ILLINOIS** *ex rel.* Kwame Raoul, Attorney General of Illinois, and<br><br>**PEOPLE OF THE STATE OF NEW YORK** *ex rel.* Letitia James, Attorney General of New York,<br>         Plaintiffs,<br><br>v.<br><br>**THE OFFICE OF THE COMPTROLLER OF THE CURRENCY**, and **BRIAN P. BROOKS**, in his official capacity as Acting Comptroller of the Currency,<br>         Defendants. | Case. No. 20-cv-5200<br><br>**MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE CENTER FOR RESPONSIBLE LENDING, NATIONAL CONSUMER LAW CENTER, EAST BAY COMMUNITY LAW CENTER, NATIONAL ASSOCIATION FOR COMMUNITY ASSET BUILDERS, AND NATIONAL COALITION FOR ASIAN PACIFIC AMERICAN COMMUNITY DEVELOPMENT IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

1

*Amici curiae* Center for Responsible Lending, National Consumer Law Center, East Bay Community Law Center, National Association for Latino Community Asset Builders (NALCAB), and National CAPACD (collectively, *Amici*), hereby move for an order granting permission to file the accompanying conditionally filed brief in support of Plaintiffs. Undersigned counsel has conferred in good faith with all counsel for the parties herein prior to the filing of this motion, and all said counsel have indicated that they do not oppose the relief requested in this motion.

*Amici* are non-profit, public interest, consumer advocacy organizations that believe the issues presented in this litigation will have a significant impact on consumers and the public more generally and, therefore, additional argument and information would be helpful to this Court. More information about each of the organizations is provided below.

The Center for Responsible Lending ("CRL") is a non-profit organization, with offices in Oakland, California, Durham, North Carolina, and Washington, DC. CRL is dedicated to eliminating abusive practices in the market for consumer financial services and to ensuring that consumers benefit from the full range of consumer protection laws designed to prohibit unfair and deceptive practices by financial services providers. CRL is a supporting organization of the Center for Community Self-Help, a nonprofit community development financial institution. Self-Help has two affiliated credit unions—Self-Help Federal Credit Union, serving California, Illinois, and Wisconsin- and Self-Help Credit Union based in North

Carolina, serving North Carolina, South Carolina, and Florida. CRL seeks to end abusive lending practices, including "rent-a-bank" schemes.

Since 1969, the nonprofit National Consumer Law Center® (NCLC®) has worked for consumer justice and economic security for low-income and other disadvantaged people, including older adults, in the U.S. through its expertise in policy analysis and advocacy, publications, litigation, expert witness services, and training. Fighting predatory lending and supporting states' rights to address high-cost loans has been a major focus of NCLC's work. NCLC publishes a comprehensive series of legal treatises on consumer law, including Consumer Credit Regulation (2d ed. 2015), updated at www.nclc.org/library, which covers state usury laws and state regulation of consumer loans as well as federal preemption of those laws. NCLC has also published a number of reports, including Predatory Installment Lending in 2017: States Battle to Restrain High-Cost Loans (Aug. 2017), which surveys the interest rate caps of all 50 states.

The East Bay Community Law Center (EBCLC) is the largest provider of free legal services in Alameda County and a nationally-recognized poverty law clinic. EBCLC's Consumer Law Practice, in particular, provides legal assistance to hundreds of low-income consumers in the East Bay annually who are suffering from a variety of debt collection issues, including defending civil debt collection lawsuits brought by non-bank debt buyers.

National Association for Latino Community Asset Builders (NALCAB) represents and serves a geographically and ethnically diverse group of more than

120 non-profit community development and asset-building organizations that are anchor institutions in our nation's Latino communities. Members of the NALCAB Network are real estate developers, business lenders, economic development corporations, credit unions, and consumer counseling agencies, operating in 40 states and DC.

National Coalition for Asian Pacific American Community Development (National CAPACD) is a progressive coalition of local organizations that advocate for and organize in low-income AAPI communities and neighborhoods. National CAPACD strengthens and mobilizes its members to build power nationally and further its vision of economic and social justice for all. Its members include more than 100 community-based organizations in 21 states and the Pacific Islands. They implement innovative affordable housing, community development and community organizing strategies to improve the quality of life for low-income AAPI communities.

*Amici* believe that, because of their expertise and experience in the issues that raised in this litigation, their brief will be helpful to this Court. *Amici* highlight problematic implications of the Office of the Comptroller of the Currency's ("OCC") Non-Bank Interest Rule and advocate for limiting the extent to which the OCC's preemption authority under the National Bank Act erodes consumer protections. *Amici* highlight how predatory lenders, pushing exceedingly harmful loans, have long sought to evade State interest rate limits through rent-a-bank schemes with banks, that the Office of the Comptroller of the Currency's ("OCC")

overbroad rule facilitates usury evasions and improperly preempts State laws that do not significantly interfere with the exercise by a bank of its powers, and that the OCC's consumer protection oversight will not prevent predatory rent-a-bank schemes.

                Respectfully submitted,

                /s/ Robyn Smith
                ROBYN SMITH (SBN 165446)
                Of Counsel
                National Consumer Law Center
                7 Winthrop Square, #4
                Boston, MA 02110
                Phone: (213) 840-6264
                Fax: (617) 542-8028
                Email: rsmith@nclc.org

                Lauren Saunders
                National Consumer Law Center
                1001 Connecticut Avenue NW, Suite 501
                Washington, DC 20036
                *Attorney for Amici Curiae*

                Yvette Garcia Missri
                William R. Corbett
                Center for Responsible Lending
                302 West Main Street
                Durham, NC 27609
                *Attorney for Amici Curiae*

Rebecca K. Borné
Center for Responsible Lending
910 17th Street NW, Suite 500
Washington, DC 20006
*Attorney for Amici Curiae*

Miguel Soto
East Bay Community Law Center
1950 University Ave., Ste. 200
Berkeley, CA 94704
*Attorney for Amici Curiae*

Dated: December 17, 2020

6

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of December, 2020, a true and correct copy of the foregoing was e-filed and served via electronic mail upon the following:

Xavier Becerra
Attorney General of California
Nicklas A. Akers
Senior Assistant Attorney General
Michele Van Gelderen
Supervising Deputy Attorney General
Tina Charoenpong
Devin W. Mauney
Christopher Lapinig
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612
devin.mauney@doj.ca.gov

Kwame Raoul
Attorney General of Illinois
Greg Grzeskiewicz
Bureau Chief
Erin Grotheer
Assistant Attorney General
Office of the Illinois Attorney General
Consumer Fraud Bureau
100 W. Randolph Street, 12th Floor
Chicago, IL 60601
egrotheer@atg.state.il.us

| | |
|---|---|
| 1 | Letitia James |
| 2 | Attorney General of New York |
| 3 | Jane M. Azia |
| 4 | Bureau Chief |
| 5 | Christopher L. McCall |
| 6 | Assistant Attorney General |
| 7 | Office of the New York State Attorney General |
| 8 | Consumer Fraud & Protection Bureau |
| 9 | 28 Liberty Street |
| 10 | New York, NY 10005 |
| 11 | christopher.mccall@ag.ny.gov |
| 12 | |
| 13 | /s/ Robyn Smith |
| 14 | ROBYN SMITH (SBN 165446) |
| 15 | Of Counsel |
| 16 | National Consumer Law Center |
| 17 | 7 Winthrop Square, #4 |
| 18 | Boston, MA 02110 |
| 19 | Phone: (213) 840-6264 |
| 20 | Fax: (617) 542-8028 |
| 21 | Email: rsmith@nclc.org |
| 22 | |
| 23 | |