UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE OFFICE OF THE COMPTROLLER OF THE CURRENCY, et al.,<br><br>  Defendants. | Case No. 20-cv-05200-JSW<br><br>**ORDER GRANTING MOTIONS FOR LEAVE TO FILE AMICUS BRIEFS**<br><br>Re: Dkt. Nos. 38, 41 |

The Court has received and considered the motions to file amicus briefs filed by the Center for Responsible Lending, National Consumer Law Center, East Bay Community Law Center, National Association for Community Asset Builders, and National Association for Asian Pacific American Community Development (Dkt. No. 38) and Professor Adam J. Levitin (Dkt. No. 41).[1] No party has objected to the motions, and the Court GRANTS the motions. The amicus briefs at Dockets 38-1 and 41 are deemed filed.

**IT IS SO ORDERED.**

Dated: January 4, 2021

JEFFREY S. WHITE
United States District Judge

---

[1] Counsel for National Consumer Law Center, *et al.*, did not submit a proposed order with their motion, as is required and did not notice the motion on this Court's law and motion calendar, which is heard at 9:00 a.m. on Fridays.