UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE OFFICE OF THE COMPTROLLER OF THE CURRENCY, et al.,<br><br>Defendants. | Case No.  4:20-cv-05200-JSW<br><br>**CLERK'S NOTICE CONTINUING HEARING ON MOTIONS FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. Nos. 37, 44 |

YOU ARE HEREBY NOTIFIED that on May 7, 2021 at 9:00 a.m., the HONORABLE JEFFREY S. WHITE will conduct the Motions for Summary Judgment previously noticed for March 19, 2021, in this matter.

Dated: March 5, 2021

Susan Y. Soong
Clerk, United States District Court

By: _____
Jennifer Ottolini, Deputy Clerk to the
Honorable JEFFREY S. WHITE
jswcrd@cand.uscourts.gov