1

JONATHAN V. GOULD (DC Bar No. 477569)
Senior Deputy Comptroller and Chief Counsel

2

BAO NGUYEN (NC Bar No. 39946)
Principal Deputy Chief Counsel

3

GREGORY F. TAYLOR (DC Bar No. 417096)
Director of Litigation

4

PETER C. KOCH (IL Bar No. 6225347)
Assistant Director of Litigation

5

GABRIEL A. HINDIN (NY Bar No. 4957585)
Counsel

6

MARSHA STELSON EDNEY (DC Bar No. 414271)
Counsel

7

MICHAEL K. MORELLI (MA Bar No. 696214)
Senior Attorney

8

JUAN PABLO PEREZ-SANGIMINO (DC Bar No. 1617262)
Attorney

9

10

Office of the Comptroller of the Currency

11

400 7th Street, SW
Washington, D.C. 20219

12

Telephone: (202) 649-6300
Fax: (202) 649-6315

13

Michael.Morelli@occ.treas.gov

14

Attorneys for Federal Defendants

15

16

UNITED STATES DISTRICT COURT

17

NORTHERN DISTRICT OF CALIFORNIA

18

OAKLAND DIVISION

19

20

PEOPLE OF THE STATE OF CALIFORNIA, et al.,

21

Plaintiffs,

22

v.

23

24

OFFICE OF THE COMPTROLLER OF THE CURRENCY and BLAKE PAULSON, in his official capacity as Acting Comptroller of the Currency,

25

26

Defendants.

27

28

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 4:20-cv-05200-JSW

**STATEMENT OF RECENT DECISION IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Date:  May 7, 2021
Time:  9:00 a.m.
Place:  Oakland Courthouse, Courtroom 5
Before:  Judge Jeffrey S. White
Action Filed:  July 29, 2020

STATEMENT OF RECENT DECISION
Case No. 4:20-cv-05200-JSW

1

1    Pursuant to Civil Local Rule 7-3(d)(2), Defendants Office of the Comptroller of the Currency

2  and Blake Paulson, in his official capacity as Acting Comptroller of the Currency, respectfully submit

3  this Statement of Recent Decision in support of their Motion for Summary Judgment (Dkt. No. 44) and

4  hereby bring the following recent decision to the Court's attention:

5       1. *Robinson v. Nat'l Collegiate Student Loan Tr.*, --- F. Supp. 3d ----, No. 20-cv-10203-ADB,
           2021 WL 1293707 (D. Mass. Apr. 7, 2021).
6

7    *Robinson*, which addresses the applicability of Pennsylvania state interest-rate laws on student

8  loans originated by a national bank and then sold to statutory trusts, was decided after Defendants filed

9  their Reply in Support of their Motion for Summary Judgment (Dkt. No. 69) on March 19, 2021.  A

10  copy of the opinion is attached as Exhibit 1.

11

12  Dated: April 20, 2021                    Respectfully submitted,

13                                           /s/Michael K. Morelli
                                             JONATHAN V. GOULD (DC Bar No. 477569)
14                                           Senior Deputy Comptroller and Chief Counsel
                                             BAO NGUYEN (NC Bar No. 39946)
15                                           Principal Deputy Chief Counsel
                                             GREGORY F. TAYLOR (D.C. Bar No. 4170976)
16                                           Director of Litigation
                                             PETER C. KOCH (IL Bar No. 6225347)
17                                           Assistant Director of Litigation
                                             GABRIEL A. HINDIN (NY Bar No. 495785)
18                                           Counsel
                                             MARSHA STELSON EDNEY (DC Bar No. 414271)
19                                           Counsel
                                             MICHAEL K. MORELLI (MA Bar No. 696214)
20                                           Senior Attorney
                                             JUAN PABLO PEREZ-SANGIMINO (DC Bar No. 1617262)
21                                           Attorney

22                                           Office of the Comptroller of the Currency
                                             400 7th Street, SW
23                                           Washington, D.C. 20219
                                             Telephone: (202) 649-6300
24                                           Fax: (202) 649-6315
25
                                             *Attorneys for Defendants*
26

27

28
STATEMENT OF RECENT DECISION
Case No. 4:20-cv-05200-JSW