UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THE OFFICE OF THE COMPTROLLER OF THE CURRENCY, et al.,<br><br>　　　　Defendants. | Case No. 4:20-cv-05200-JSW<br><br>**CLERK'S NOTICE VACATING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. Nos. 37, 44 |

　　　　YOU ARE HEREBY NOTIFIED that the hearing on the Cross-Motions for Summary Judgment, scheduled on May 7, 2021 at 9:00 a.m. before the HONORABLE JEFFREY S. WHITE, is vacated.  A written ruling shall issue.

Dated: May 6, 2021

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Jennifer Ottolini, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　jswcrd@cand.uscourts.gov