BENJAMIN W. MCDONOUGH (MI Bar No. P65460)
Senior Deputy Comptroller and Chief Counsel
THEODORE J. DOWD (DC Bar No. 502332)
Deputy Chief Counsel
GREGORY F. TAYLOR (DC Bar No. 417096)
Director of Litigation
PETER C. KOCH (IL Bar No. 6225347)
Assistant Director of Litigation
GABRIEL A. HINDIN (NY Bar No. 4957585)
Counsel
MARSHA STELSON EDNEY (DC Bar No. 414271)
Counsel
MICHAEL K. MORELLI (MA Bar No. 696214)
Senior Attorney
JUAN PABLO PEREZ-SANGIMINO (DC Bar No. 1617262)
Attorney

    Office of the Comptroller of the Currency
    400 7th Street, SW
    Washington, D.C. 20219
    Telephone: (202) 649-6300
    Fax: (202) 649-6315
    Michael.Morelli@occ.treas.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OFFICE OF THE COMPTROLLER OF THE CURRENCY and MICHAEL HSU, in his official capacity as Acting Comptroller of the Currency, <br><br> Defendants. | Case No. 4:20-cv-05200-JSW <br><br> **STATEMENT OF RECENT DECISION IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Civil Local Rule 7-3(d)(2), Defendants Office of the Comptroller of the Currency and Michael Hsu, in his official capacity as Acting Comptroller of the Currency, respectfully submit this Statement of Recent Decision in support of their Motion for Summary Judgment (Dkt. No. 44), and hereby bring the following recent decision to the Court's attention:

1. *Lako v. Portfolio Recovery Associates, et al.*, No. 20-CV-355-WMC, 2021 WL 3403632 (W.D. Wis. Aug. 4, 2021).

*Lako*, which addresses whether a national bank's rights and duties under the National Bank Act are assigned to a non-bank third party where the national bank sells a debt to that third party, was decided after Defendants filed their Reply in Support of their Motion for Summary Judgment (Dkt. No. 69) on March 19, 2021. A copy of the opinion is attached as Exhibit A.

Dated: August 24, 2021                    Respectfully submitted,

                                          /s/ Gabriel A. Hindin
                                          BENJAMIN W. MCDONOUGH (MI Bar No. P65460)
                                          Senior Deputy Comptroller and Chief Counsel
                                          THEODORE J. DOWD (DC Bar No. 502332)
                                          Deputy Chief Counsel
                                          GREGORY F. TAYLOR (D.C. Bar No. 4170976)
                                          Director of Litigation
                                          PETER C. KOCH (IL Bar No. 6225347)
                                          Assistant Director of Litigation
                                          GABRIEL A. HINDIN (NY Bar No. 495785)
                                          Counsel
                                          MARSHA STELSON EDNEY (DC Bar No. 414271)
                                          Counsel
                                          MICHAEL K. MORELLI (MA Bar No. 696214)
                                          Senior Attorney
                                          JUAN PABLO PEREZ-SANGIMINO (DC Bar No. 1617262)
                                          Attorney

                                          Office of the Comptroller of the Currency
                                          400 7th Street, SW
                                          Washington, D.C. 20219
                                          Telephone: (202) 649-6300
                                          Fax: (202) 649-6315

                                          *Attorneys for Defendants*

STATEMENT OF RECENT DECISION
Case No. 4:20-cv-05200-JSW